

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **SEALED** |
| v. | § | |
| | § | |
| MATTHEW KEITH MCBRIDE (1) | § | NO. 4:25CR    210 |
| CURTIS LEE STROMME (2) | § | Judge    JDK/JDL |
| CLINTON RAY ELLIS (3) | § | |
| PEYTON AMBROSE PASCHALL (4) | § | |
| LONNIE LEE BLOYS (5) | § | |
| JAMIE LEE BLOYS (6) | § | |

## **INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 21 U.S.C. § 846
(Conspiracy to Distribute or
Possess with Intent to Distribute
or Dispense Methamphetamine)

From in or about January 2025, the exact date unknown to the Grand Jury, and

continuing up to the date of this indictment, in the Eastern District of Texas and elsewhere,

**MATTHEW KEITH MCBRIDE (1)**
**CURTIS LEE STROMME (2)**
**CLINTON RAY ELLIS (3)**
**PEYTON AMBROSE PASCHALL (4)**
**LONNIE LEE BLOYS (5), and**
**JAMIE LEE BLOYS (6)**

defendants, did knowingly and intentionally combine, conspire, and agree with each other,

and with other persons known and unknown to the Grand Jury, to distribute and possess

Indictment/Notice of Penalty - Page 1

with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Two

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in
Furtherance of a Drug Trafficking
Crime)

On or about August 28, 2025, in the Northern District of Texas, **Matthew Keith McBride**, defendant, did knowingly and intentionally carry or possess a firearm, to wit: a Smith & Wesson, SD-9 pistol, bearing serial number FDT3951, during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is: the drug trafficking crime described in Count 1 of this indictment, in violation of 21 U.S.C. § 841(a)(1).

In violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
## Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

As a result of the commission of the foregoing offense charged in Count 1, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of a violation of 21 U.S.C. § 841, and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a

violation of 21 U.S.C. § 841.

As a result of the commission of the foregoing offenses charged in Count Two, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), any property involved in or used, in any manner or part, to commit such violation.

TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

_____
Eric Erlandson
Assistant United States Attorney

_____10/15/25_____
Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | SEALED |
| v. | § | |
| | § | |
| MATTHEW KEITH MCBRIDE (1) | § | NO. 4:25CR |
| CURTIS LEE STROMME (2) | § | Judge |
| CLINTON RAY ELLIS (3) | § | |
| PEYTON AMBROSE PASCHALL (4) | § | |
| LONNIE LEE BLOYS (5) | § | |
| JAMIE LEE BLOYS (6) | § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation:    21 U.S.C. §§ 841(a)(1), 846

Penalty:    If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), the penalty is not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; and supervised release of at least 5 years;

If any person commits such a violation after 2 or more prior convictions for a serious drug felony or serious violent felony have become final, such person shall be sentenced to a term of imprisonment of not less than 25 years, a fine not to exceed $20 million, and supervised release of at least 10 years;

If any person commits such a violation after a prior conviction for a serious drug felony or a serious violent felony has become final, such person shall be sentenced to a term of imprisonment of not less than 15 years and not more than life imprisonment, a fine not to exceed $20 million, and supervised release of at least 10 years;

Special
Assessment:    $100.00

Indictment/Notice of Penalty - Page 4

## Count Two

Violation:    18 U.S.C. § 924(c)

Penalty:    Imprisonment of not less than 5 years, nor more than life, a fine not to exceed $250,000, or both; supervised release of not more than 5 years.

This sentence must be served consecutively to any other term of imprisonment.

Special
Assessment: $100.00