UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


NOV 1 2 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § § | CASE NO. 4:25-CR-00210-JDK |
| MATTHEW KEITH MCBRIDE (1) | § § § | |

## ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, pursuant to the Criminal Justice Act (18 U.S.C. §3006A), this Court appoints **Maria Tu**, a member of the Criminal Justice Act Panel of this District to represent this Defendant.

So ORDERED and SIGNED this November 12, 2025.

_____
BILL DAVIS
UNITED STATES MAGISTRATE JUDGE