

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
NOV 1 2 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| v. | § § § § |
| MATTHEW KEITH MCBRIDE (1) | § |

CASE NO. 4:25-CR-00210-JDK

## ORDER

The Court set a hearing to consider the matter of Defendant's detention pending trial and Defendant waived the right to a detention hearing by the execution of waiver.

It is therefore **ORDERED** that Defendant is detained pending trial without prejudice to re-raising the issue of pretrial detention at any time.

So ORDERED and SIGNED this November 12, 2025.

_____
BILL DAVIS
UNITED STATES MAGISTRATE JUDGE