UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
NOV 1 2 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CASE NUMBER 4:25-CR-00210-JDK |
| MATTHEW KEITH MCBRIDE (1) | § § § | |

### O R D E R

This case is set for **Pretrial Conference** on **TUESDAY, JANUARY 20, 2026 at 1:30pm. Jury Selection and Trial set on MONDAY, JANUARY 26, 2026 at 9:00am** before United States District Judge **Jeremy D. Kernodle** at the Sherman Annex in Sherman, Texas.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **MONDAY, DECEMBER 29, 2025 at 12:00pm.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause for the delay.

So ORDERED and SIGNED this 12th day of November, 2025.

_____
Bill Davis
United States Magistrate Judge