# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 4:25-CR-00210-JDK/JDL |
| | § |
| MATTHEW KEITH MCBRIDE (1) | § |
| CURTIS LEE STROMME (2) | § |
| CLINTON RAY ELLIS (3) | § |
| LONNIE LEE BLOYS (5) | § |
| JAMIE LEE BLOYS (6) | § |

## ORDER GRANTING DEFENDANT CLINTON RAY ELLIS'S MOTION FOR CONTINUANCE

Before the Court is Defendant Clinton Ray Ellis's Motion for Continuance (Docket No. 63). The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendant's request is made knowingly, intelligently, and voluntarily.

2. The Government does not oppose the motion.

3. The ends of justice served by granting Defendant's request outweigh the best interest of the public and Defendants in a speedy trial.

4. The continuance is required to assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.

The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

**IT IS THEREFORE ORDERED** that Defendant Clinton Ray Ellis's Motion for Continuance is **GRANTED** and the case is hereby **CONTINUED** and **RESET**

1

as to Matthew Keith McBride, Curtis Lee Stromme, Clinton Ray Ellis, Lonnie Lee Bloys, and Jamie Lee Blows, as follows:

The **Pretrial Conference** is reset for **February 17, 2026 at 1:30 p.m.**, at which time dates for **Jury Selection** and **Trial** will be determined.

The following deadlines shall apply in this case.

| | |
|---|---|
| Pretrial Motions Deadline: (except Motions for Continuance) | **January 20, 2026** |
| Deadline to file Motion to Continue or notify Court of plea agreement: | **January 26, 2026 by 12:00 p.m.** |

Should the parties desire a specific date for a jury trial, a motion for special setting should be filed.

So **ORDERED** and **SIGNED** this **19th** day of **November, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE