IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 4:25CR210 |
| MATTHEW KEITH MCBRIDE, et al | § | Judge Kernodle |
| | § | |

## NOTICE OF CASE ASSOCIATION

The United States of America is hereby giving written notice to the Court and the Clerk that this case is related to:

**United States of America v. Sealed, et. al**
**Case No. 4:25CR220, Judge Schroeder**

Signed this the 21st day of November, 2025.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ Eric Erlandson*
ERIC ERLANDSON
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24077351
Phone 903/868-9454
Facsimile 903/892-2792
eric.erlandson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on the 21st day of November 2025, and defense counsel was notified by electronic notification.

*/s/ Eric Erlandson*
ERIC ERLANDSON