**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE No. 4:25-cr-00210** |
| | § | |
| **MATTHEW KEITH MCBRIDE** | § | |

**MOTION FOR CONTINUANCE ON**

**PRE-TRIAL AND TRIAL SETTING**

COMES NOW the Movant herein, Matthew Keith McBride, by and through his attorney of record, Maria Tu (Counsel), and respectfully moves this Honorable Court for an Unopposed Motion for Continuance on Pre-Trial and Trial Setting.  In support of said motion, Defendant would show as follows:

(1)    The motion and the plea paper are due on 7/20/2026, and Pretrial Conference set for 7/27/2026.

(2)    Counsel has reviewed and discussed the discovery with the Defendant, and Mr. McBride has several questions about the discovery that require further review and discussion.  Counsel is also actively engaged in plea negotiations with the AUSA. After that, Counsel will need more time to review and discuss with Mr. McBride.

(3)    Mr. McBride and his counsel respectfully request that this Unopposed Motion for Pre-Trial and Trial Setting be granted, and the related deadlines be extended for at least 90 days.

(4)    This Motion for Continuance is not made for purposes of delay but out of necessity and that justice may be done.

Thus, on behalf of Matthew Keith McBride, Counsel respectfully requests the Court to grant a continuance of Motion Deadline, Plea Paper Deadlines and Pre-Trial and Trial Setting.

Respectfully submitted,

Law Offices of Maria Tu, P.C.
6600 Chase Oaks Blvd., Suite 150，
Plano, Texas 75023
(972) 964-8366 (phone)
(972) 964-4811 (fax)

By:/s/ Maria Tu
Maria Tu
State Bar No. 24044844
Attorney for Matthew Keith McBride

## CERTIFICATE OF CONFERENCE

This request was discussed with Assistant United States Attorney Eric Erlandson on July 17, 2026, he is unopposed.

This request has been discussed with the co-defendants' counsels also, and there is no objection received when filing this motion.

/s/ Maria Tu
Maria Tu

## CERTIFICATE OF SERVICE

I certify that on this the July 20, 2026, a copy of the foregoing was served on counsel for the United States of America in accordance with the Federal Rules of Criminal Procedure, using the electronic case filing system of the Court.

Eric Erlandson
Assistant United States Attorney

/s/ Maria Tu
Maria Tu