**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE No. 4:25-cr-00210** |
| | § | |
| **MATTHEW KEITH MCBRIDE** | § | |

**ORDER**

On this the _____ day of _____, 2026, came on to be considered the Unopposed

Motion by Counsel for Defendant Matthew Keith McBride for continuance of Plea Paper

deadlines and Pre-Trial and Trial setting.

This Motion is hereby GRANTED.

It is Further ORDERED that the plea paper is due on_____, and the final pre-

trial conference is set on _____.


_____
JUDGE PRESIDING