**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 4:25-CR-00210-JDK/JDL |
| | § |
| MATTHEW KEITH MCBRIDE (1) | § |
| CURTIS LEE STROMME (2) | § |
| CLINTON RAY ELLIS (3) | § |
| LONNIE LEE BLOYS (5) | § |
| JAMIE LEE BLOYS (6) | § |
| JESUS SANCHEZ (7) | § |

**ORDER GRANTING IN PART MATTHEW KEITH MCBRIDE'S
MOTION FOR CONTINUANCE**

Before the Court is Defendant Matthew Keith McBride's Motion for Continuance (Docket No. 150). The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1.     Defendant's request is made knowingly, intelligently, and voluntarily.

2.     The Government does not oppose the motion.

3.     The ends of justice served by granting Defendant's request outweigh the best interest of the public and Defendants in a speedy trial.

4.     The continuance is required to assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.

The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

1

**IT IS THEREFORE ORDERED** that Defendant Matthew Keith McBride's Motion for Continuance is **GRANTED IN PART** and the case is hereby **CONTINUED** and **RESET** as to Matthew Keith McBride, Curtis Lee Stromme, Clinton Ray Ellis, Lonnie Lee Bloys, Jamie Lee Bloys, and Jesus Sanchez as follows:

The **Pretrial Conference** is reset for **October 19, 2026 at 1:30 p.m.**, at which time dates for **Jury Selection** and **Trial** will be determined.

The following deadlines shall apply in this case.

| | |
|---|---|
| Pretrial Motions Deadline: (except Motions for Continuance) | **September 21, 2026** |
| Deadline to file Motion to Continue or notify Court of plea agreement: | **September 28, 2026 by 12:00 p.m.** |

Should the parties desire a specific date for a jury trial, a motion for special setting should be filed.

No further continuances will be granted in this case absent exceptional circumstances.

So **ORDERED** and **SIGNED** this **20th** day of **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2