# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| v. | § | **NO. 4:25-CR-00210-JDK** |
| | § | |
| | § | |
| **MATTHEW KEITH MCBRIDE (1)** | § | |

## FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(b), this matter was referred to me for administration of a plea of guilty under Rule 11 of the Federal Rules of Criminal Procedure. On September 29, 2026, the court conducted a hearing in the form and manner prescribed by that rule on the defendant's plea of guilty to the Indictment charging the defendant in Counts One and Two with violation of Title 21 U.S.C. § 846 - Conspiracy to Distribute or Possession with Intent to Distribute or Dispense Methamphetamine and a violation of 18 U.S.C. § 924(c), Possession of Firearm in Furtherance of a Drug Trafficking Crime. The court now makes the following findings:

a. After consultation with counsel of record, the defendant has knowingly and voluntarily consented to the administration of the guilty plea by a United States Magistrate Judge, subject to a final acceptance and imposition of sentence by a United States District Judge;

b. The defendant and the government have entered into a plea agreement that was filed and disclosed in open court in accordance with Federal Rule of Criminal Procedure 11(c)(2);

c. The defendant is fully competent and capable of entering an informed plea;

d. The defendant is aware of the nature of the charges, the maximum penalties, and the consequences of the plea;

e. The plea of guilty is a knowing and voluntary plea supported by an independent basis in fact encompassing each of the essential elements of the offense; and

f. The defendant understands all of the constitutional and statutory rights enumerated in Rule 11(b), including the right to a trial by jury, and wants to waive those rights.

**IT IS RECOMMENDED** that the District Judge accept the plea agreement and the guilty plea of the defendant, and that the defendant be finally adjudged guilty.

The defendant waived the right to object to the findings of the Magistrate Judge in this matter, and the government also waived its right to object, so the court will present this report and recommendation to the District Judge for adoption immediately upon issuance.

So ORDERED and SIGNED this 29th day of September, 2026.

Don Bush
United States Magistrate Judge